IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN JOHNSON, | : |
|     Petitioner, | : CIVIL ACTION |
| | : NO. 08-826 |
| v. | : |
| JOSEPH J. PIAZZA, et al., | : |
|     Respondents. | : |

O R D E R

**AND NOW**, this **16th day of July 2009**, it is hereby **ORDERED** that the Order dated December 18, 2008, referring the above-captioned case to the Honorable M. Faith Angell, United States Magistrate Judge, for a determination on the merits of Petitioner for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (doc. no. 14) is **VACATED**.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.